**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*                    (916) 498-5700  Fax: (916) 498-5710                    *Linda C. Harter*
*Federal Defender*                                                                             *Chief Assistant Defender*


# M E M O R A N D U M


DATE:        May 1, 2008

TO:          Colleen Lydon, Courtroom Clerk to the
             Honorable Edward J. Garcia
             United States District Judge

FROM:        Becky Darwazeh, Legal Secretary to
             JEFFREY L. STANIELS, Assistant Federal Defender

SUBJECT:     <u>United States v. William Edward Turner</u>
             CR-S-07-471-EJG

---

    This memo is to confirm that the judgement and sentencing for William Edward Turner has been continued from May 2, 2008 at 10:00 a.m. to May 9, 2008 at 10:00 a.m.  All parties are in agreement to the new scheduled date.

    Thank you for your assistance in this matter.


<u>JLS</u>
bd

cc:   R. Carlberg, AUSA
      J. Fowler, USPO



**IT IS SO ORDERED**.

                                        By the Court,


Dated:   May1, 2008                     /s/ Edward J. Garcia_____
                                        Hon. Edward J. Garcia
                                        United States District Judge