**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M & ORDER

DATE:     May 7, 2008

TO:       Colleen Lydon, Courtroom Clerk to the
          Honorable Edward J. Garcia
          United States District Judge

FROM:     JEFFREY L. STANIELS, Assistant Federal Defender

SUBJECT:  United States v. William Edward Turner
          CR-S-07-471-EJG

---

    This memo seeks to continue the sentencing of Mr. Turner from May 9, 2008 to May 16, 2008. I requested a continuance from May 2, 2008, to May 9, 2008, which was granted. However, I inadvertently scheduled Mr. Turner into a conflict with a medical appointment.  His wife has recently had surgery on her ankle, and needs to be driven to Oakland on May 9, 2008, by Mr. Turner for a post-operative check-up.  I have conferred with Mr. Carlberg, who advised me that he did not oppose this request.

    Thank you for your assistance in this matter.

/S/ Jeffrey L. Staniels

cc:   R. Carlberg, AUSA
      J. Fowler, USPO


**IT IS SO ORDERED**.

                                          By the Court,

Dated:  May 8, 2008                       /s/ Edward J. Garcia
                                          Hon. Edward J. Garcia
                                          United States District Judge